UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>ALVARO GOMEZ-ORBE, ET AL.<br><br>　　　　　Defendant(s) | CRIMINAL NO. 07MJ2628-CAB<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, _____

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

OSCAR GAMBOA-GARCIA

DATED: 11/15/07

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by p. Delacruz
　　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082