FILED

NOV 27 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVARO GOMEZ-ORBE (1),<br>GREGORY VARAS (2),<br>ROBERTO JESUS LASARTE (3),<br><br>    Defendants. | Criminal Case No. 07CR3180-W<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about November 7, 2007, within the Southern District of California, defendants ALVARO GOMEZ-ORBE, GREGORY VARAS and ROBERTO JESUS LASARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Saul Hernandez-Palos, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 11/27/07.

KAREN P. HEWITT
United States Attorney

*[signature]* for
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:psd:San Diego
11/13/07