# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.07cr3180-W (CAB) |
| Plaintiff, | |
| vs. | |
| 1. Alvaro GOMEZ-Orbe, | |
| 2. Gregory VARAS, | PROPOSED ORDER |
| 3. Roberto Jesus LASARTE, | |
| Defendant(s) | |

**It is hereby Ordered** that the personal surety bond of $5000.00 which secured the presence of material witness SAUL HERNANDEZ-PALOS, be exonerated forthwith.

/////
/////
/////
/////
/////

1  
2  **It Is Further Ordered** that the Clerk of Court shall release and disburse the $500 held in the Registry of the Court to the Surety:

David Gonzalez Ixtlahuac  
1235 N Sephora Ave.,  
Covina, CA 91724

Dated: December 13, 2007

HONORABLE CATHY ANN BENCIVENGO  
UNITED STATES MAGISTRATE JUDGE